# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

William A White

_____

_____

_____
*Plaintiff/Petitioner(s)*

v.

Office of the Federal

_____

Defender

_____
*Defendant/Respondent(s)*

Case Number: **16-971-JPG-DGW**
(Clerk's Office will provide)

□ **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983 (State Prisoner)

□ **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☒ **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

Freedom of Information Act

## I.  JURISDICTION

**Plaintiff:**

A.  Plaintiff's mailing address, register number, and present place of confinement.

> William A White #13888-084
> United States Penitentiary -- Marion
> PO Box 1000
> Marion, IL 62959

**Defendant #1:**

B.  Defendant ___Office of the Federal Defender___ is employed as
(a)      (Name of First Defendant)

___Office of the Administrative Office of US Courts___
(b)           (Position/Title)

with ___400 N Tampa Ave Tampa, FL 33602___
(c)      (Employer's Name and Address)

or (local) 750 Missouri Ave E St Louis, IL 62201

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☒ Yes     □ No

If your answer is YES, briefly explain:

The Office of the Federal Defender is an agency of the United States federal government. I believe that it is a unitary entity for FOIA purpose, and, that the local office may be served.

(Rev. 7/2010)

**Defendant #2:**

C.    Defendant _____ is employed as

(Name of Second Defendant)

_____

(Position/Title)

with _____

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☐ Yes    ☐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

II.   PREVIOUS LAWSUITS

    A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?                    ☒ Yes      ☐ No

    B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

        Litigation history attached.

    1.   Parties to previous lawsuits:
Plaintiff(s):

    per attached.

Defendant(s):

    per attached.

    2.   Court (if federal court, name of the district; if state court, name of the county):
per attached.

    3.   Docket number:
per attached.

    4.   Name of Judge to whom case was assigned:
per attached.

    5.   Type of case (for example: Was it a habeas corpus or civil rights action?):

    per attached.

    6.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

    per attached.

    7.   Approximate date of filing lawsuit:
per attached.

    8.   Approximate date of disposition:
per attached.

LITIGATION HISTORY
--------------------

c. 1997:    I sued four Montgomery County, Maryland, police officers for civil rights violations in the District of Maryland.  I received a small fine for procedural violations, but, lost the case.

c. 2005:    My counsel, Jack Kennett, on my behalf, sued three Housing and Urban Development employees in the Western District of Virginia under <u>Bivens</u>.  The Court eventually ordered it refiled as an FTCA claim;  Jack was appealing this when he died; I let the matter drop.

c. 2005:    Jack Kennett sued Bank of America, Citibank, and, Chase Bank, on my behalf;  a favorable settlement was reached.  This was also Western District of Virginia.

Dec     2007:    I was sued as a third party respondent in <u>United States v Henry</u>  ED Va Case No 07-cv-342.  A subpoena issued against me was effectively quashed.

Feb     2008:    I was charged with contempt in <u>In Re: White (United States v Henry)</u> 2013 US Dist LEXIS 133148 (ED Va 2013).  Charges were dismissed.

c. Jun 2008:    I was charged with contempt in the Western District of Virginia in a proceeding related to <u>United States v Henry</u>;  charges were dropped.

-1-

Oct 17 2008:  I was charged in United States v White ND Ill

08-cr-054 with soliciting a felony against a

federal juror.

* charges were dismised United States v White

638 F Supp 2d 935 (ND Ill 2009)

* charges were reinstated United States v White

610 F 3d 956 (7th Cir 2010)

* I was convicted at trial Jan 5, 2011

* charges were dismissed United States v White

779 F Supp 2d 778 (ND Ill 2011)

* charges were reinstated United States v White

698 F 3d 1005 (7th Cir 2012)

* I was sentenced to 42 months imprisonment

February 20, 2013

* cert was denied White v United States 133 S Ct

1740, 185 L Ed 802 (2013)

* habeas was filed December 2013 ND Ill Case No

13-cv-9042

* habeas was denied May 5, 2016

* certified non-frivolous appeal of denial of

certificate of appealability pends 7th Cir

App No 16-2108

* motion to recall the mandate filed Jul 1 2016

* denied Jul 14 2016

* certiorari pends (no case no yet assigned)

Dec 11 2008:  I was charged with one count of extortion, one

count of witness intimidation, and, five counts of

-2-

threats in WD VA 08-cr-054.

* I was acquitted at trial of extortion, and, two threat counts; I was convicted of the lesser charge of witness tampering, and, three threat charges.

* Another threat count was dismissed April 10, 2010 United States v White 2010 US Dist LEXIS 35999 (WD Va 2010)

* I was sentenced to 30 months imprisonment April 10 2010

* remand for resentencing March 31, 2012 [United States v White 458 Fed Appx 228 (4th Cir 2011)]
* I fled the United States May 4, 2012

  * I was arrested in Playa del Carmen, Mexico June 8, 2012

  * I was sentenced to 10 months imprisonment for supervised release violations September 2012

  * I was resentenced to 33 months imprisonment October 2012

* habeas was filed February 2013

  * habeas was denied April 2013  White v United States 2013 US Dist LEXIS 52063 (WD VA 2013)

  * upheld on appeal White v United States 536 Fed Appx 339 (4th Cir 2013)

* coram nobis was denied March 2015  United States v White 2015 US Dist LEXIS 35314 (WD Va 2015)

  * upheld on appeal United States v White 608 F Appx 160 (4th Cir 2015)

  * cert denied White v United States 136 S Ct 343 193 L Ed 2d 252 (2015)

-3-

&ast; second or successive habeas denied Jan 2016

4th Cir App No 15-423

&ast; 2241 review granted, and, pending, ND Ill

16-cv-2514 <u>White v Baird</u>

&ast; The United States does not contest actual

innocence of the underlying charges but has

delayed entry of vacatur with frivolous

motions, and, repeated defaults.

Sep-Nov 2010: I sued a halfway house, fees prepaid, in <u>White v</u>

<u>Secor, Inc</u> 2010 US Dist LEXIS 117805 (WD VA 2010)

This was dismissed as frivolous.  It is my only

strike.

Feb    2013: I was charged with four counts of extortion in

<u>United States v White</u>  WD Va 13-cr-013

&ast; convicted of three counts of extortion, one of

the lesser included offense of threats, Nov 2

2013

&ast; sentenced to 92 months imprisonment May 1 2014

&ast; direct appeal denied Jan 2016  <u>United States v</u>

<u>White</u> 810 F 3d 212 (4th Cir 2016)

&ast; cert denied May 5, 2016  <u>White v United States</u>

194 L Ed 2d 837 (2016)

&ast; new trial denied June 27, 2016.  <u>White v United</u>
    2016 US Dist LEXIS 82896 (WD Va 2016)
&ast; reconsideration pending

&ast; habeas filed May 2016 WD Va 16-cv-90843

&ast; pending; I maintain actual innocence

-4-

Nov    2013:    I was charged with five counts of extortion, and, one count of identity theft in MD FL 13-cr-304

    *  convicted all counts September 13, 2014

    *  identity theft charge dismissed November 2014

    *  sentenced to 210 months imprisonment Nov 2014

    *  direct appeal, 11th Cir App No 14-15255-BB, denied July 2016. United States v White 2016 US App LEXIS 12076 (11th Cir 2016)

    *  cert will be filed Sep 2016

    *  I maintain my actual innocence in this matter

Jun    2014:    I filed White v Berger, Sr MD Fl 14-cv-936, alleging a civil rights action against Seminole County, Florida, Sheriffs, acting at the direction of two US Marshals, also naming Seminole County, Florida, as a defendant.

    *  dismissed as moot Jan 2015

    *  reinstated on appeal Mar 2015

    *  claims dismissed for failure to state a claim reinstated July 2015;  claim PLRA certified

    *  summary judgment for defendants Apr 2016:

      *  no personal liability for US Marshals;

      *  no respondent superior liability for Seminole County;

      *  though the sheriffs do not deny torturing me, failure to exhaust administrative remedy regarding them (which is a lie).

    *  direct appeal pending  11th Cir 16-11606

-5-

Addendum
--------

I accidentally omitted the following from my prior litigation history filed with this Court:

c. July 2008:   I was subject to an adversarial proceeding in the United States Bankruptcy Court for the Western District of Virginia, Unnamed Citizen A v White 410 BR 195 (Bankr WD Va 2008)

* to District Court as WD Va Case NO 09-cv-0057

* judgment was entered against me for about $250,000 plus about $510,000 in attorney fees Unnamed Citizen A (Annette Reddick) v White 2011 US Dist LEXIS 155395 (WD Va 2011)

* affirmed Unnamed Citizen A v White 468 Fed Appx 330 (4th Cir 2012)

* judgment is uncollectable; nothing collected

I have not listed every published opinion, and, every ancillary proceeding in every case above.

August 22, 2016:   I filed a Freedom of Information Act lawsuit in the Southern District of Illinois, White v Department of Justice, et al

August 24, 2016:   I filed a Federal Tort Claims Act lawsuit in the Southern District of Illinois, White v United States, for inducing post-Traumatic Stress.

August 24, 2016:   I filed a Freedom of Information Act lawsuit in the Southern District of Illinois, White v Office of the Federal Defender

-6-

III.    **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☐ Yes    ☒ No

C.    If your answer is YES,
1.    What steps did you take?



2.    What was the result?



D.    If your answer is NO, explain why not.

    Not applicable to FOIA.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☒ No

F.    If your answer is YES,
1.    What steps did you take?



2.    What was the result?



G.    If your answer is NO, explain why not.

    BOP has nothing to do with this case.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

    FOIA letter attached as exhibit A.

(Rev. 7/2010)                                        4

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

In mid-July, I received a large number of documents, some of which purported to be my "Federal Defender File" from MD Fl 13-cr 013. The file contains a number of communicatioss insulting me, and, indicating that my appointed Federal Defender,, Larry Henderson lied to me during the preparation of my defense, and, as I had suspected, deliberately lost my case, and, ran up my sentence.

For instance, there is an email in the file indicating that a member of the Anti-Defamation League of B'nai B'rith, an alleged victim in the case, was involved with my legal defense team. [Exh B(a)]  There is also correspondance between Laura Blankman, an investigator on the case, and, Henderson.  As way of background, I suffer from severe PTSD, one symptom of which is pressured speech.  One issue in the case is that another person, whose name I have redacted, and, replaced with "Perpetrator #1", had confessed to a woman, whose name I have replaced with "Unnamed Witness #1", facts that make her believe that they committed the crimes of which I am convicted.  Henderson told me that he interviewed Unnamed Witness #1 about this;  the attached email from Blankman makes it clear that he didn't.  [Exh B(b)]  (Note that Blankman's account of our conversation is generally wrong.

5

I have, factually, never tried to have my wife arrested, for instance. My "desperation" was in trying to obtain their files as I had realized at that point that they were deliberately losing my case. And, the move that I was planning was my 2255, as there was nothing I could do about their intent to run up my sentence. I won't answer all of her nonsense here).

After receiving the above correspondance, and, others, I sent the attached FOIA letter to the Office of Federal Defender er. In that letter, I requested all records, particularly, but, not limited to, all emails, and, other communications, regarding myself, in the possession of the Office Of Federal Defender. I received a phone call from my Federal Defender, on Appeal, Aliza Hochman-Bloom. Bloom them filed a motion to withdraw, as there was a conflict of interest. The FOIA letter was not responded to.

I now appear before this Court, and, ask it to enforce the Freedom of Information Act so that I can obtain documents in support of habeas relief.

V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I would like this Court to order the Office of the Feder-

al Defender to produce all records in its possession re-

garding me,  including all communications.

.  VI.    JURY DEMAND (*check one box below*)

The plaintiff ☒ does    ☐ does not request a trial by jury.

DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: ___8/23/16___
(date)

_____
Signature of Plaintiff

USP - Marion PO Box 1000
Street Address

William A White
Printed Name

Marion, IL 62959
City, State, Zip

#13888-084
Prisoner Register Number

_____
Signature of Attorney (if any)

(Rev. 7/2010)                                             6

**EXHIBIT A**

July 21, 2016

FOIA-PA Officer

Federal Defenders' Office for the

   Middle District of Florida

400 N. Tampa Ave

Tampa, FL 33602


Re: New FOIA-PA Request For William A White, DoB 5-29-1977, SSN:


Dear FOIA-PA Officer,

This is a request pursuant to the Freedom Of Information Act for all records, particularly, but not limited to, emails and other communications regarding myself, William A White, and my legal defense, MDFl Case No 13-cr-013, 11th Cir App No 15-15525-BS. The case involved Larry Henderson, Laura Blankman, and others primarily of your Orlando office.

I am requesting all records.

I was previously sent, outside of FOIA, what purports to be my "Federal Defender File." This file contains email communications involving Henderson, and Blankman, clearly indicating that they deliberately lost this case, and worked to maximize my sentence at trial. However, this file is incomplete. I do not have all of these communications. And, I have obtained communications by other means from Henderson to various persons that were not released.

Thus, I now want all records, and communications, pursuant to the Freedom of Information Act. Any fee is accepted. And, I hereby aver under penalty of perjury this 21st day of July, 2016, that I ~~████~~ am William A White.

Thank you.


                Sincerely,

                William A White

To:       "Chiu, Vincent (USAFLM)" <Vincent.Chiu@usdoj.gov>,

          Question re witness

Good morning again, Vince. I see you have listed "Oren Segal" as a witness. I'm assuming that is in reference to someone from ADL. In any event, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓and I'm concerned there might be a connection. Can you expound on who that is a little so I can tell if there is a conflict? Thanks -

Larry B. Henderson
Assistant Federal Defender
Middle District of Florida
201 S. Orange Ave., Suite 300
Orlando, Florida 32801
(407) 648-6338, ext. 172

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail. Thank you for your cooperation.

 **William White: Jail Visit**

Laura Blankman    to  Larry Henderson                                    10/28/2014 06:02 PM

This message has been replied to.

I saw William White while I was at SCJ last night- to let him read the letters from his mom and ʊʟʤɪ. He kept the letters - although I advised against it. He was "manic" as usual. It seems that Bill "is always planning his next move". He doesn't stop to look at the reality of his "current" situation so.....no matter what happens - he's always "in charge", at least in his own mind. He was cordial and pleasant...but there was a bit of desperation to him last night.

He mostly talked about his wife and how crazy she is/was. I found it interesting that he's repeatedly tried to have her charged and arrested for something. I asked what would happen to his daughter if her Dad and Mom are both in prison. He said " I don't know - but there's nothing I can do about that - my wife deserves to be in prison".

He talked about his father, mother and ʊʟʤɪ. He's angry at ʊʟʤɪ now. He asked her to write an Affidavit detailing what she would have said at trial - so he can use it in his 2255. She isn't cooperating (per Bill) and wrote some "bogus thing that doesn't have any value at all". He asked me to bring him all email correspondence and Interview Memo's from our contact with ʊʟʤɪ . I told him I'd speak with you about this request. He believes she told you and/or me about a "conversation she and ᴘᴇʀᴘᴇᴛʀᴀᴛᴏʀ had on Facebook where ᴘᴇʀᴘ said he was sorry for what he was doing to Bill". I told Bill that ʊʟʤɪ has never spoken with or has written me about ᴘᴇʀᴘ ". He asked me to "look through his case file and bring him what I can find to him". I told him he would have to speak with you about this matter.

He said he'd call you today- I suggested he write you as all phone calls are recorded.  SO - he called me today and ( on the phone) repeated everything he said last night re how he wants any correspondence or confirmation that ʊʟʤɪ spoke with us about ᴘᴇʀᴘ telling her he was sorry for what he was doing to Bill.

I told him I'd pass this info to you.

Laura Blankman
Investigator- Federal Defender
201 S. Orange Ave., Suite 300
Orlando, FL  32801
(407) 648-6338, Ext. 164
(321) 960-5928 Cellular
(407) 648-6095 Fax

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee (s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail. Thank you for your cooperation.*

William A White #13888-084
United States Penitentiary
Po Box 1000
Marion, IL 62959



US MARSHALS
MAIL CLEARED

US MARSHALS
MAIL CLEARED

⇔13888-084⇔
Clerk -- Us Dist Ct Sd Ill
750 Missouri AVE
Room 104
E Saint Louis, IL 62201
United States

LEGALMAIL